No. 922. FEDERAL TRADE COMMISSION *v.* CEMENT INSTITUTE ET AL.;

No. 923. FEDERAL TRADE COMMISSION *v.* AETNA PORTLAND CEMENT CO. ET AL.;

No. 924. FEDERAL TRADE COMMISSION *v.* MARQUETTE CEMENT MANUFACTURING CO.;

No. 925. FEDERAL TRADE COMMISSION *v.* CALAVERAS CEMENT CO. ET AL.;

No. 926. FEDERAL TRADE COMMISSION *v.* HURON PORTLAND CEMENT CO.;

No. 927. FEDERAL TRADE COMMISSION *v.* SUPERIOR PORTLAND CEMENT, INC.;

No. 928. FEDERAL TRADE COMMISSION *v.* NORTHWESTERN PORTLAND CEMENT CO.;

No. 929. FEDERAL TRADE COMMISSION *v.* RIVERSIDE CEMENT CO.;

No. 930. FEDERAL TRADE COMMISSION *v.* UNIVERSAL ATLAS CEMENT CO.;

No. 931. FEDERAL TRADE COMMISSION *v.* CALIFORNIA PORTLAND CEMENT CO.;

No. 932. FEDERAL TRADE COMMISSION *v.* MONOLITH PORTLAND CEMENT CO. ET AL.; and

No. 933. FEDERAL TRADE COMMISSION *v.* SMITH ET AL. March 10, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Acting Solicitor General Washington* for petitioner. *William J. Donovan, George S. Leisure, Breck P. McAllister, Nathan L. Miller, John H. Hershberger, Herbert W. Clark, Marshall P. Madison, Edward D. Lyman* and *Walter C. Fox, Jr.* for respondents in Nos. 922, 923, 925, 926, 930 and 933. *Edward A. Zimmerman, H. W. Norman* and *W. R. Engelhardt* for respondent in No. 924. *Herbert S. Little* and *F. A. LeSourd* for respondent in No. 927. *S. Harold Shefelman* for respondent in No. 928. *Louis W. Myers* and *Pierce Works* for respondent in No. 929. *Robert B. Murphey* and *Alex W. Davis* for respondent in No. 931.